**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 09-cv-00228-CMA-CBS

HOME DESIGN SERVICES, INC.,

    Plaintiff,

v.

MADISON CONSTRUCTION & DEVELOPMENT, INC.,
STEVEN D. JOSEPHS,
ALLEN D. COOMBS, and
APAMELA G. COOMBS,

    Defendants.
_____

**ORDER DISMISSING CASE**
_____

    Pursuant to the Stipulation for Voluntary Dismissal with Prejudice (Doc. # 41) signed by the attorneys for the parties hereto it is

    ORDERED that the Stipulation is hereby adopted as an Order of the Court and this action is dismissed with prejudice, each party to pay its own costs.  It is

    FURTHER ORDERED that the Court shall retain jurisdiction to enforce the terms of the Settlement Agreements and Releases previously entered into by the parties.

    DATED: August 4, 2009.

                                              BY THE COURT:

                                              _____
                                              CHRISTINE M. ARGUELLO
                                              United States District Court Judge